**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Laureano LOPEZ–LEMUS,**
**Defendant—Appellant.**

No. 04–10003.
D.C. No. CR–03–05211–1–REC.

United States Court of Appeals,
Ninth Circuit.

821

Submitted Sept. 13, 2004.*

Decided Oct. 6, 2004.

William L. Sims, Office of the U.S. Attorney, Fresno, CA, for Plaintiff–Appellee.

Laureano Lopez–Lemus, California City, CA, for Defendant–Appellant.

Before PREGERSON, HAWKINS, and GRABER, Circuit Judges.

### MEMORANDUM **

Laureano Lopez–Lemus appeals his 48–month sentence imposed after a guilty-plea conviction for two counts of improper entry into the United States by an alien, in violation of 8 U.S.C. § 1325(a). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Lopez–Lemus has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. Lopez–Lemus has not filed a pro se supplemental brief.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83–84, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief. We therefore GRANT counsel's motion to

withdraw and AFFIRM the district court's judgment.

AFFIRMED.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

